RUTH CUYLER, Respondent, v. LOUIS LEVINE and HARRY LEVINE, a Copartnership Doing Business under the Firm Name of LEVINE BROTHERS, and ALLIE SCHWARTZ, Appellants. (Action No. 3.) — Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

JOHN CUYLER, Respondent, v. LOUIS LEVINE and HARRY LEVINE, a Copartnership Doing Business under the Firm Name of LEVINE BROTHERS, and ALLIE SCHWARTZ, Appellants. (Action No. 4.) — Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

IRENE KITEVELES, an Infant, by Her Guardian ad Litem, WILLIAM BIZONES, Respondent, v. GEORGE KITEVELES, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs defendant to pay counsel fees in an annulment action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Estate of AUGUST KRUCHTEN, Deceased.— Decree affirmed, with costs against the appellant. All concur. (The decree directs answering respondent to deliver to the administrator of decedent's estate certain moneys and an automobile.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HAROLD EMERSON, Respondent, v. MARY LINCOLN CANDIES, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover twice the amount claimed to be due plaintiff for overtime wages under the Federal "Fair Labor Standards Act [of 1938]." The order strikes out separate defenses in defendant's original answer.) Present— Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [173 Misc. 531; 174 id. 353.]

JOSEPH F. McMAHON, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 25718.) — Order affirmed, with ten dollars costs and disbursements. All concur. (The order permits the filing of a claim for overtime services of employees at the State Agricultural School at Industry, N. Y., after the time allowed therefor.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [173 Misc. 1004.]